ANTHONY CELESTE, Appellant, v. WILLIAM OWEN et al., Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.